UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Robert Isgett and Naomi Isgett, ) | Civil Action No.: 4:13-00627-RBH |
| ) | |
| Plaintiffs, ) | |
| vs. ) | |
| ) | **ORDER** |
| Legal Helpers Debt Resolution, LLC, and ) | |
| Macey, Aleman, Hyslip & Searns, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

This matter is before the Court on Plaintiffs' Motion to Reinstate Case and Enter Judgment Based on ADR Settlement (ECF No. 22).

This action was stayed on May 2, 2013 to allow the parties to proceed to arbitration. A Ruben Order was entered on June 5, 2014, after the Court was advised that the case had settled.

The motion now before the Court indicates that on March 27, 2014, the plaintiffs and Defendants entered into a settlement agreement in which the defendants agreed to pay the plaintiffs a total amount of $50,000 in $10,000 installments, with the final payment to be made on July 31, 2014. The settlement agreement is attached to the motion. The motion further alleges that Defendants failed to make the June and July payments totaling $20,000; that they are accordingly in breach of the agreement; and that the plaintiffs are entitled to judgment against the defendants in the amount of $20,000.

Defendants have not responded to the motion. However, their attorney, Elizabeth Cheatham Bond, of Hawkins Parnell Thackston & Young has filed a Motion for Leave to Withdraw as Counsel for the defendants. (ECF No. 23) The plaintiffs have filed a Response in opposition to the motion to withdraw.

1

No response having been filed to the Motion to Reinstate and Enter Judgment, and defense counsel not having been relieved, the Court grants the plaintiff's motion. The case is reinstated and the Clerk shall enter judgment on behalf of the plaintiffs against the defendants in the amount of $20,000. The motion to withdraw as counsel is DENIED.

AND IT IS SO ORDERED.

s/ R. Bryan Harwell
R. Bryan Harwell
United States District Court Judge

August 20, 2014
Florence, South Carolina